In the Matter of SEYMOUR GELZER, an attorney at law.

For the order: *Mr. Charles C. Shenier.*

For the respondent: *Mr. Joseph J. MacDonald.*

January 25, 1960. Respondent suspended from practice for one year and until further order of the court. Opinion reported at 31 *N. J.* 542.

In the Matter of BERTRAM C. BLAND, an attorney at law.

September 11, 1959. Resignation of respondent accepted, with prejudice, and name stricken from the roll of attorneys at law.